

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00403-CV

EBAMBI MULENDA                                                                    APPELLANT

V.

WILMINGTON SAVINGS FUND                                               APPELLEE
SOCIETY, FSB (SUCCESSOR BY
MERGER TO CHRISTIANA BANK
& TRUST COMPANY), AS
OWNER TRUSTEE OF THE
SECURITY NATIONAL FUNDING
TRUST

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On September 30, 2011, Appellant Ebambi Mulenda filed a notice of appeal from the county court at law's August 30, 2011 final judgment.

---

[1]See Tex. R. App. P. 47.4.

On October 7, 2011, we notified appellant of our concern that we lacked jurisdiction over the appeal because it did not appear that the notice of appeal had been timely filed. *See* Tex. R. App. P. 26.1. That is, because no post-judgment motion was filed to extend the appellate deadline, appellant's notice of appeal was due on September 29, 2011. We informed appellant that the appeal was subject to dismissal for want of jurisdiction unless, by October 17, 2011, appellant or any party desiring to continue the appeal filed with the court a response showing a reasonable explanation for the late filing of the notice of appeal or showing that the notice of appeal was timely filed per the "mailbox" rule. *See* Tex. R. App. P. 9.2(b), 10.5(b), 26.3(b), 42.3(a); *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003). Having received no response, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: November 10, 2011